IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM C. TERRY,<br><br>        Plaintiff,<br><br>  vs.<br><br>ABIGAIL WOJCIK,<br><br>        Defendant.<br>_____/ | No. C-07-4163 MEJ<br><br>**ORDER SETTING DATE FOR HEARING ON DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT** |

To ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On August 21, 2007, Defendant filed a Motion For a More Definite Statement, noticing a hearing date of September 27, 2007. The Court regrets that due to unforeseen circumstances it is unable to hold a hearing on that date. Therefore, the Court hereby reschedules the hearing date on Defendant's motion for October 11, 2007.

**IT IS SO ORDERED.**

Dated: September 13, 2007

                                        MARIA-ELENA JAMES
                                        United States Magistrate Judge