1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM C. TERRY,                                     No. C-07-4163 MEJ

        Plaintiff,                          **ORDER VACATING HEARING DATE
FOR DEFENDANT'S MOTION FOR
MORE DEFINITE STATEMENT**

  vs.

ABIGAIL WOJCIK,

        Defendant.
_____/

On August 21, 2007, Defendant filed his Motion for a More Definite Statement. The Court

set a hearing on the Motion for October 11, 2007. On September 18, 2007, the Plaintiff filed her

Notice of Non Opposition to the Defendant's Motion. Therefore, good cause showing, the Court

hereby vacates the October 11, 2007 hearing date and considers this matter submitted on the papers.

     **IT IS SO ORDERED.**

Dated: October 10, 2007
                            _____
                            MARIA-ELENA JAMES
                            United States Magistrate Judge