UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM C. TERRY,<br>　　　　　Plaintiff,<br>　-vs-<br>ABIGAIL WOJCIK,<br>　　　　　Defendant. | NO.　C-07-4163-MMC<br><br>ORDER |

A telephonic conference call was held on January 16, 2008. Steven R. Pogue participated on behalf of the Plaintiff; Richard A. Sipos participated on behalf of the Defendant. The Court explained that the Defendant's Motion for Summary Judgment, or in the Alternative for Summary Adjudication (Ct. Rec. 35) has been referred to the undersigned for disposition.

This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion for Summary Judgment, or in the Alternative for Summary Adjudication (Ct. Rec. 35), shall be noted for telephonic hearing on **Wednesday, February 27, 2008 at 2:30 p.m. (PST).** The parties shall call 509-458-6381 to participate in the hearing. Argument shall be limited to one hour.

2. Defendant's reply brief on the Motion for Summary Judgment shall be filed electronically no later than **January 22, 2008**. A courtesy copy for the Court shall be mailed to:

ORDER - 1

Honorable Wm. Fremming Nielsen
United States District Court
Eastern District of Washington
Post Office Box 2208
Spokane, WA 99210-2208

3. Plaintiff's late filed Memorandum in Opposition (Ct. Rec. 42) and Declaration of William C. Terry (Ct. Rec. 43) to the Defendant's Motion for Summary Judgment are **ACCEPTED AS FILED**.

The Clerk of Court is directed to file this Order and provide copies to counsel.

**DATED** this 16th day of January, 2008.

                                        s/ Wm. Fremming Nielsen
                                        WM. FREMMING NIELSEN
01-16                             SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2