IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM C. TERRY, | No. C-07-4163 MMC |
|     Plaintiff,<br>v.<br>ABIGAIL WOJCIK,<br>    Defendant | **ORDER WITHDRAWING REFERENCE; SETTING HEARING ON DEFENDANT'S MOTION; CONTINUING CASE MANAGEMENT CONFERENCE** |

    By order filed January 15, 2008, defendant's Motion for Summary Judgment or, in the Alternative, Summary Adjudication was referred to the Honorable Wm. Fremming Nielsen, Senior Judge, United States District Court for the Eastern District of Washington, sitting by designation in the Northern District of California. In light of a recent change in the Court's trial schedule, the reference is hereby WITHDRAWN.

    The motion is hereby set for hearing before the undersigned on March 28, 2008, at 9:00 a.m. The case management conference scheduled for February 15, 2008 is hereby CONTINUED to April 18, 2008.

    **IT IS SO ORDERED.**

Dated: February 7, 2008

                           MAXINE M. CHESNEY
                           United States District Judge