1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM C. TERRY,                        No. C-07-4163 MMC

12            Plaintiff,                      **ORDER VACATING HEARING**
       v.
13
    ABIGAIL WOJCIK,
14
            Defendant
15  _____/

16

17        Having read and considered the parties' respective submissions, the Court deems

18  defendant's motion for summary judgment/summary adjudication appropriate for decision

19  on the papers, and, accordingly, the hearing scheduled for March 28, 2008 is hereby

20  VACATED.

21        **IT IS SO ORDERED.**

22

23  Dated: March 26, 2008

24                                           MAXINE M. CHESNEY
                                             United States District Judge
25

26

27

28

United States District Court

For the Northern District of California