1

2

3

4

5

6

7

8                         **UNITED STATES DISTRICT COURT**

9                        **NORTHERN DISTRICT OF CALIFORNIA**

10

11    WILLIAM C. TERRY,                    Case No.  C 07-040163 MMC

12                   Plaintiff,            **[PROPOSED] ORDER APPROVING**
                                           **STIPULATED DISMISSAL OF ENTIRE**
13             vs.                         **ACTION WITH PREJUDICE**
                                           **PURSUANT TO AGREED-UPON TERMS**
14    ABIGAIL WOJCIK,                      **AND CONDITIONS**

15                   Defendant.

16

17          The Court, having considered the parties' Stipulated Dismissal of Entire Action with

18    Prejudice Pursuant to Agreed-Upon Terms and Conditions, and good cause appearing therefor:

19          1.      Pursuant to the parties' Stipulated Dismissal of Entire Action with Prejudice

20    Pursuant to Agreed-Upon Terms and Conditions, this action is hereby DISMISSED.

21    Dated:  _April 14, 2008 _____

22

23    _____
      The Honorable Maxine M. Chesney
24    U.S. District Court Judge

25

26

27

28

015009.0001\844872.1    *ORDER APPROVING DISMISSAL  - Case No.  C 07-040163*         1
                        *MMC*